# Exhibit A

*Figure 1A: The Browsing Stage (From You Flowers Homepage)*



*Figure 1B: The Browsing Stage (From You Flowers's "Birthday Flowers" Landing Page)*



*Figure 2A: The Product Attribute Selection Stage (From You Flower's "Raspberries & Crème" Product Page)*



*Figure 2B: The Product Attribute Selection Stage ("Choose a Delivery Date")*



*Figure 2C: The Product Attribute Selection Stage ("Enter Card Message")*



*Figure 3: The Purchase Initiation Stage (From You Flower's "Your Shopping Cart" Page)*



*Figure 4: Login, Create Account, or Guest Checkout Stage*



*Figure 5: Delivery Information Stage*



*Figure 6: The Billing Information Stage*



*Figure 7: Review Order Stage*

