UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TREVOR WALTERLAKES, and ANTHONY GUNZL, individually and on behalf of all others similarly situated,<br><br>                                    Plaintiffs,<br><br>                  v.<br><br>FROM YOU FLOWERS, LLC,<br><br>                                    Defendant. | Civil Action No. 1:25-cv-00867-MKV<br><br>**NOTICE OF APPEARANCE** |

      PLEASE TAKE NOTICE that the undersigned, of the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, is hereby entering an appearance as counsel for Defendant From You Flowers, LLC in the above-captioned case. I certify that I am admitted to practice in this Court.

Dated: April 8, 2025
       New York, New York

                        PAUL, WEISS, RIFKIND,
                        WHARTON & GARRISON LLP

                        By: */s/ Katherine B. Forrest*
                              Katherine B. Forrest

                        1285 Avenue of the Americas
                        New York, NY 10019-6064
                        (212) 373-3000

                        *Attorney for Defendant From You Flowers, LLC*