**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

1285 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6064

TELEPHONE (212) 373-3000

DIRECT DIAL: +1 212 373 3195
EMAIL: KFORREST@PAULWEISS.COM

BRUSSELS
HONG KONG
LONDON
LOS ANGELES
SAN FRANCISCO
TOKYO
TORONTO
WASHINGTON, DC
WILMINGTON

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/16/2025
```

June 13, 2025

**VIA CM/ECF**

Hon. Mary Kay Vyskocil
Southern District of New York
500 Pearl Street, Room 2230
New York, NY 10007

Re:   *Walterlakes et al.* v. *From You Flowers, LLC*, Case No. 1:25-cv-00867-MKV

Dear Judge Vyskocil:

  We represent Defendant From You Flowers, LLC ("Defendant") in the above-referenced action. We write jointly along with counsel for Plaintiffs Trevor Walterlakes and Anthony Gunzl ("Plaintiffs", and together with Defendant, "Parties") regarding the Parties' joint motion to stay the case pending mediation.

  On June 10, 2025, the Parties filed a joint motion to stay the case pending mediation. (ECF No. 33.) The motion is currently pending before the Court. On June 12, 2025, the Parties reached an agreement to mediate with Hon. Wayne R. Andersen (Ret.).

  Per the Court's scheduling order dated May 19, 2025, Defendant is to file its motion to dismiss the Second Amended Class Action Complaint by June 17, 2025. (ECF No. 30.) The Parties requested a revised briefing schedule on May 27, 2025, pursuant to which Defendant is to file the motion to dismiss by June 20, 2025. (ECF No. 31.) The request remains pending before the Court.

  While Defendant is willing to submit the motion to dismiss in accordance with either the original or the proposed revised briefing schedule, in light of the Parties' agreement to proceed with mediation, it is the Parties' hope to save on legal expenses and conserve the Parties' and this Court's resources while working towards a potential resolution of this action, and not file a motion that may become mooted at this moment.

  Accordingly, the Parties respectfully request the Court's instruction on the Parties' pending joint motion to stay the case. The Parties thank the Court's attention to this matter.

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

Hon. Mary Kay Vyskocil                                                                                                          2

                                                                                 Respectfully,

                                                                                 */s/ Katherine B. Forrest*
                                                                                 Katherine B. Forrest

cc:    All counsel of record (via ECF)

---

The parties' joint request to stay all deadlines pending mediation is GRANTED. The parties shall file a joint status letter within three days of the conclusion of the mediation.

The Clerk of Court respectfully is requested to terminate ECF No. 33.

Date: June 16, 2025
New York, New York

Mary Kay Vyskocil
United States District Judge