**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

TREVOR WALTERLAKES and ANTHONY GUNZL, Individually and on Behalf of all Others Similarly Situated,

Plaintiffs,

-against-

FROM YOU FLOWERS, LLC,

Defendant.

---------------------------------------------------------------X

25 **CIVIL** 0867 (MKV)

# JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated September 11, 2026, Defendant’s motion to dismiss is GRANTED, and this case is dismissed without prejudice; accordingly, the case is closed.

**Dated:** New York, New York

September 14, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:**

**Deputy Clerk**